USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2025

# Holland & Knight

10 St. James Avenue | Boston, MA 02116 | T 617.523.2700 | F 617.523.6850
Holland & Knight LLP | www.hklaw.com

Robert M. Shaw
617-305-2018
robert.shaw@hklaw.com

October 17, 2025

**VIA ECF**

The Honorable Sarah Netburn
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    **Proposed Briefing Schedule for Motion to Quash**
              *PAO Tatneft v. Ukraine*
              Docket No. 25-mc-212-JGK-SN

Dear Judge Netburn:

    Counsel for the parties in the above-captioned matter write in accordance with the Court's October 6, 2025 Order to propose a briefing schedule for Ukraine's anticipated Motion to Quash the most recent set of subpoenas issued by PAO Tatneft ("Tatneft"). The parties jointly propose the following schedule:

| | |
|---|---|
| November 7, 2025: | Ukraine to file motion to quash; |
| December 5, 2025: | Tatneft to file opposition to motion to quash; and |
| December 15, 2025: | Ukraine to file reply to Tatneft's opposition. |

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: October 20, 2025
       New York, New York